```
 1  THAD A. DAVIS (SBN 220503)
    thad.davis@ropesgray.com
 2  ROCKY C. TSAI (SBN 221452)
    rocky.tsai@ropesgray.com
 3  ROPES & GRAY LLP
    Three Embarcadero Center, Ste 300
 4  San Francisco, California 94111-4006
    Tel:   (415) 315-6300
 5  Fax:   (415) 315-6350

 6  HARVEY J. WOLKOFF (Subject to admission pro hac vice)
    harvey.wolkoff@ropesgray.com
 7  MARK P. SZPAK
    mark.szpak@ropesgray.com
 8  LARA A. ORAVEC
    lara.oravec@ropesgray.com
 9  ROPES & GRAY LLP
    Prudential Tower, 800 Boylston Street
10  Boston, MA 02199-3600
    Tel:   (617) 951-7606
11  Fax:   (617) 235-0215

12  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY NEWMAN III, AARON WESTER, ERIC BELL, DAVID MCELROY, TONY GREER, RAYMOND GROSCH, AMANDA LIGHTAUL, and NICHOLAS MICHAEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC,<br><br>Defendants, | Case No. 3:11-cv-02434-JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge: Hon. Joseph C. Spero |

26709346_1.DOC

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02434-JCS

1  WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA") and
2  Sony Network Entertainment International LLC ("SNEI"), as well as certain related entities
3  (collectively, the "Sony Defendants"), have been named as defendants in at least twenty-five (25)
4  putative class action lawsuits within this District, to date;
5  WHEREAS, certain of the Sony Defendants have also been named as defendants in at
6  least nineteen (19) putative class action lawsuits pending outside this District, to date;
7  WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict
8  Litigation (the "JPML") to centralize this and other matters, to which one response has been filed
9  to date, and as to which other responses, including Sony Defendants' response, are due by June 2,
10  2011.
11  WHEREAS, the parties have agreed to the extension of time herein for the defendants in
12  the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to
13  facilitate the scheduling of this matter in coordination with the schedule for the motion before the
14  JPML;
15  NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties,
16  by and through their respective counsel, hereby stipulate as follows:
17  The deadline for the defendants to respond to the Complaint in the above-captioned action
18  is extended until and including 30 days after a consolidated complaint is filed in a multidistrict
19  litigation centralizing the above-captioned action with other matters, or if centralization is denied
20  by the JPML, then 30 days from the date of such order denying centralization.
21  ///

-2- STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02434-JCS

Either party may seek ex parte relief from this stipulated Order for good cause shown, including, but not limited to, Defendants' filing of a responsive pleading in a related case.

Dated: May 25, 2011

MICHAEL A. CADDELL
CYNTHIA B. CHAPMAN
CORY S. FEIN
CADDELL & CHAPMAN

By: /s/ Cory S. Fein /s/    [as authorized]
     Cory S. Fein

Attorneys for Plaintiffs
GREGORY NEWMAN, III *et al.*

Dated: May 25, 2011

HARVEY WOLKOFF
THAD A. DAVIS
ROCKY C. TSAI
ROPES & GRAY LLP

By: /s/ Rocky C. Tsai /s/
     Rocky C. Tsai

Attorneys for Defendants
SONY COMPUTER
ENTERTAINMENT AMERICA LLC;
SONY NETWORK ENTERTAINMENT
INTERNATIONAL LLC

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 26, 2011     By: _____
     U.S. Magistrate Judge
     Judge Joseph C. Spero

-2-     STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02434-JCS